NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHEN SHU WENG; *et al.*, <br><br> Defendants. | Case No.: 2:16-cv-1324-JFW-MRW <br> *Honorable John F. Walter Presiding* <br><br> **JUDGMENT** |

# **JUDGMENT**

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of fifty thousand dollars and no cents ($50,000.00) in statutory damages, plus costs in the amount of four hundred dollars and no cents ($400.00) and attorneys' fees in the amount of three thousand six hundred dollars and no cents ($3,600.00) for a total of fifty four thousand dollars and no cents (**$54,000.00**) is hereby GRANTED and ENTERED against Defendant ZHEN SHU WENG, individually and d/b/a "NY DEAL," a New York Individual, and in favor of UNICOLORS, INC., along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: October 31, 2016     _____
 HONORABLE JOHN F. WALTER
 UNITED STATES DISTRICT JUDGE